UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Ch. 11 |
| **HAMUD AHMAD,,** | : | |
| | : | Bankruptcy No. **25-10452 AMC** |
| Debtor. | : | |

# O R D E R

**AND NOW**, this 19th    day of February 2025, the Debtor having filed the above bankruptcy case on February 3, 2025,

**AND**, the Debtor having filed an amended petition on February 3, 2025, to change the name of the Debtor to Westway Properties, LLC,

**AND,** the Debtor having failed to appear at the status hearing scheduled on February 12, 2025,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case for deficiencies in the filings is scheduled **on March 5, 2025, at 12:30 p.m.,  in Courtroom #4 at 900 Market Street Philadelphia, PA 19107.  Appearances by phone are permitted by calling 1 -646-828-7666 and entering Meeting ID 160 6807 8081.**

It is FURTHER ORDERED that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge